420

PHILIPS *v.* PHILIPS.

PER CURIAM. This case is controlled by the ruling next preceding.
*Judgment affirmed. All the Justices concur, except Atkinson, J., who dissents.*